UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLA BUSH, KIMBERLY DEHAVEN, NANCY MUNIE, and MONIQUE SALERNO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WELLPET, LLC; and DOES 1 through 20,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:21-cv-10059-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## WELLPET LLC'S MOTION TO DISMISS

Defendant WellPet LLC hereby moves this Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing the Class Action Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel certifies that they have conferred with Plaintiffs' counsel in accordance with Local Rule 7.1(A)(2) in connection with this motion.

Dated:  March 16, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  */s/ Richard L. Campbell*
　　　Richard L. Campbell, BBO 663934
　　　125 Summer Street, Suite 1220
　　　Boston, Massachusetts 02110
　　　Telephone:  (617) 531-1672
　　　rcampbell@shb.com

        James P. Muehlberger
(*pro hac vice forthcoming*)
Douglas B. Maddock, Jr.
(*pro hac vice forthcoming*)
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:  (816) 474-6550
jmuehlberger@shb.com
dmaddock@shb.com

*Attorneys for WellPet LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, the foregoing document was served upon all counsel of record via the Court's electronic filing system and/or electronic mail.

*/s/ Richard L. Campbell*