UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARLA BUSH, KIMBERLY DEHAVEN, NANCY MUNIE, and MONIQUE SALERNO, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-10059-RGS |
| WELLPET, LLC; and DOES 1 through 20, | ) ) | |
| Defendant. | ) ) | |

**WELLPET LLC'S MOTION TO DISMISS
PROPOSED FIRST AMENDED COMPLAINT**

Defendant WellPet LLC hereby moves this Court pursuant to Rule 12(b)(6) of the Federal

Rules of Civil Procedure for an order dismissing Plaintiffs' Proposed First Amended Class Action

Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Undersigned counsel certifies that they have conferred with Plaintiffs' counsel via

telephone conference in a good faith attempt to narrow or resolve the issues in connection with

this motion, in accordance with Local Rule 7.1(a)(2).

Dated:  May 26, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  _/s/ Stephen I. Hansen_
Richard L. Campbell, BBO 663934
Stephen I. Hansen, BBO 679134
125 Summer Street, Suite 1220
Boston, Massachusetts 02110
Telephone:  (617) 531-1674
rcampbell@shb.com
sihansen@shb.com

James P. Muehlberger
(*pro hac vice*)
Douglas B. Maddock, Jr.
(*pro hac vice*)
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:  (816) 474-6550
jmuehlberger@shb.com
dmaddock@shb.com

*Attorneys for WellPet LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, the foregoing document was served upon all counsel of record via the Court's electronic filing system and/or electronic mail.

*/s/ Stephen I. Hansen*