UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLA BUSH, KIMBERLY DEHAVEN, NANCY MUNIE, and MONIQUE SALERNO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPET, LLC; and DOES 1 through 20,<br><br>Defendant. | Case No. 1:21-cv-10059-RGS<br><br>**ASSENTED TO MOTION FOR REMOTE APPEARANCE**<br><br>**The Honorable Richard G. Stearns** |

Plaintiffs Marla Bush, Kimberly DeHaven, Nancy Munie, and Monique Salerno ("Plaintiffs") hereby move, with assent of Defendant, for leave to appear remotely via Zoom for the August 24, 2021 Motion to Dismiss Hearing. *See* July 26, 2021 Order Setting Hearing on Motion [ECF No. 38]. Plaintiffs respectfully request leave to appear via Zoom for the August 24, 2021 hearing. As grounds for this motion, Plaintiffs state the following:

1. Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint On May 26, 2021;

2. Plaintiffs' filed their opposition to Defendant's Motion to Dismiss on June 23, 2021;

3. Defendant filed its Reply on July 12, 2021;

4. On July 26, 2021, the Court scheduled oral argument on Defendant's Motion for August 24, 2021;

5. Counsel for Plaintiffs has conferred with counsel for Defendant, who has consented Plaintiffs' request to appear remotely;

1

WHEREFORE, Plaintiffs respectfully request that the Court give Plaintiffs' Counsel leave to appear for the August 24, 2021 via Zoom, or any other such court approved medium, and grant such other and further relief as it deems just and proper.

### CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

I, L. Timothy Fisher, undersigned counsel for Plaintiffs hereby certify that I conferred with counsel for Defendant by email on August 16, 2021 concerning this Motion and that counsel assents to the allowance of this Motion.

Dated: August 16, 2021

**BURSOR & FISHER, P.A.**

By:  /s/ L. Timothy Fisher
    L. Timothy Fisher

L. Timothy Fisher (*pro hac vice*)
Frederick J. Klorczyk III (*pro hac vice*)
Brittany Scott (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         fklorczyk@bursor.com
         bscott@bursor.com

**FORREST, LAMOTHE, MAZOW, MCCULLOUGH, YASI & YASI, P.C.**
Michael C. Forrest
BBO #681401
mforrest@forrestlamothe.com
2 Salem Green, Suite 2
Salem, MA 01970
(617) 231-7829

**KAMBERLAW, LLC**
Scott Kamber
201 Milwaukee Street, Suite 200
Telephone: (303) 222-9008
E-Mail: skamber@kamberlaw.com

**KAMBERLAW, LLP**
Naomi B. Spector
1501 San Elijo Hills Road South, Suite 104-212
San Marcos, CA 92078
Telephone: (310) 400-1053
E-Mail: nspector@kamberlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2021, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: August 16, 2021   By:     */s/ L. Timothy Fisher*
                                                                                                   L. Timothy Fisher