UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marla Bush et al
*Individually and on behalf of all others similarly situated*

    Plaintiffs

    v.                                    Civil Action No. 1:21-10059-RGS

WellPet, LLC

    Defendant

## ORDER OF DISMISSAL

August 24, 2021

STEARNS, D.J.

    In accordance with the court's Electronic Order [Dkt. 41] entered on August 24, 2021, granting Defendant's Motion to Dismiss, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

By the court,

/s/ Arnold Pacho
Deputy Clerk